# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SLOANNES MERCEDES MEJIA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 21-2439 |

## ORDER

**AND NOW**, this 30th day of November 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review (Document No. 11) is **DENIED**.

BY THE COURT:

  */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge